NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000324
29-JUL-2011
12:50 PM

NO. CAAP-11-0000324

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SAMUEL LONGGAT, Claimant-Appellee/Appellant,
v.
DIAMOND PARKING, INC.; COMMERCE AND INDUSTRY INSURANCE COMPANY;
AIG DOMESTIC CLAIMS, INC; and JOHN MULLEN AND COMPANY, INC.,
Employer/Insurance-Carrier/Insurance
Adjuster-Appellants-Appellees

APPEAL FROM LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2008-112)

ORDER APPROVING WITH PREJUDICE
THE STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, the papers in support, and the records and files herein, it appears that the parties have settled the underlying case. Therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal With Prejudice is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, July 29, 2011.

Chief Judge

Associate Judge

Associate Judge